Order issued: November 2 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00720-CV

TIFFINEY COTTLEDGE, Appellant

V.

JAMES ROBERSON, Appellee

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-13682

## ORDER

We **GRANT** appellant's October 18, 2012 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on October 18, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE